**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Tel: 602.257.7422
Craig A. McCarthy – 013128
Wendy N. Weigand - 019362
mccarthy@gustlaw.com
weigand@gustlaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Federal Trade Commission,

Plaintiff,

v.

Tate's Auto Center of Winslow, Inc., an Arizona corporation;

TATES AUTOMOTIVE, INC., an Arizona corporation;

Tate Ford-Lincoln-Mercury, Inc., dba Tate's Auto Center, a Delaware corporation;

Tate's Auto Center of Gallup, Inc., a New Mexico corporation;

Richard Berry, individually and as an officer of Tate's Auto Center of Winslow, Inc., Tate's Automotive, Inc., Tate Ford-Lincoln-Mercury, Inc. and Tate's Auto Center of Gallup, Inc. ;

Defendants, and

Linda Tate,

Relief Defendant.

No. 3:18-CV-08176-DJH

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Defendants in compliance with the provisions of: *(check one)*

**X** Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

**X** No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.) ____ Relationship ____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.) ________________ Relationship ______________

_____ Other (please explain) ____________________________________________

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

October 2, 2018.

GUST ROSENFELD, PLC

*/s/ Craig A. McCarthy*
Craig A. McCarthy
Wendy N. Weigand
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF registrants:

Alden F. Abbott, Colin Hector, Nikhil Singhvi @ FTC
aabbott@ftc.gov; chector@ftc.gov; nsinghvi@ftc.gov

*/s/ CL Scherff*