WO

NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | No. CV-18-08176-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Tate's Auto Center of Winslow Incorporation, et al., | |
| Defendants. | |

Before the Court is the FTC's Summary of Discovery Dispute (Doc. 58), in which the FTC represents that Defendants refused to participate in the drafting of the Summary of Discovery Dispute. In the Telephonic Discovery Dispute Hearing held on February 14, 2019, the Court ordered the Defendants to search all of computers for prior advertisements and to reach out to their advertisement vendors to inquiry as to whether they had any advertisement records. In the current discovery dispute, the FTC represents that Defendants have failed to confirm that they have searched their records or that they have reached out to their advertisement vendors. (*Id.* at 2). Additionally, the FTC claims that Defendants have indicated they are not currently preserving their advertisement. (*Id.*)

Thus, the FTC is requesting that the Court order Defendants to: (1) detail their internal and external efforts to retrieve advertisements from January 2013 through July 31, 2018; (2) identify all media outlets (e.g., newspaper, television, radio, and internet) where they have placed advertisements from January 2013 through July 31, 2018; and (3) confirm that, going forward, all of their advertisements are being preserved. (*Id.*) To date,

Defendants have not filed a response to the FTC's Summary of Discovery Dispute.

Accordingly,

**IT IS ORDERED** that Defendant show cause in writing **on or before Friday, April 5, 2019, at 9:00 a.m.** why the Court should not order Defendants to: (1) detail their internal and external efforts to retrieve advertisements from January 2013 through July 31, 2018; (2) identify all media outlets (e.g., newspaper, television, radio, and internet) where they have placed advertisements from January 2013 through July 31, 2018; and (3) confirm that, going forward, all of their advertisements are being preserved.

Dated this 3rd day of April, 2019.

Honorable Diane J. Humetewa
United States District Judge